# Court of Appeals
# of the State of Georgia

ATLANTA, July 16, 2013

*The Court of Appeals hereby passes the following order*

## A13D0446. LATRESHA SCOTT v. MARK BUTLER, COMMISSIONER, GEORGIA DEPARTMENT OF LABOR et al. .

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:

2013CV226671



Court of Appeals of the State of Georgia
      Clerk's Office, Atlanta, July 16, 2013.

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Hally K. O. Sparrow*                    , Clerk.